Prob 12A
(Mod. For E.VA 10/09)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Corey A. Hutchins          Docket No. 3:14MJ00058-001

### Petition on Probation

COMES NOW EDWARD J. ALLEN, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Corey A. Hutchins, who was placed on probation by the Honorable David J. Novak, sitting in the Court at Richmond, Virginia, on the 14th day of March, 2014, who fixed the period of probation at 12 months, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant's vehicle shall be equipped with the ignition interlock device for one (1) year.
2. The defendant shall not consume alcohol and shall submit to substance abuse testing.
3. The defendant driver's license is suspended for a period of ONE (1) year.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a summons to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

| ORDER OF COURT | |
|---|---|
| Considered and ordered this 29 day of July, 2014 and ordered filed and made a part of the records in the above case. /S/ David J. Novak United States Magistrate Judge<br><br>The Honorable David J. Novak<br>United States Magistrate Judge | I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on July 28, 2014<br><br>Edward J. Allen<br>United States Probation Officer<br><br>Place: Richmond, Virginia |

TO CLERK'S OFFICE

**Petition on Probation**
**Page 2**
**RE: HUTCHINS, Corey A.**

OFFENSE: Operating a Motor Vehicle under the Influence of Alcohol, in violation of 18 U.S.C. § 13, assimilating the 1950 Code of Virginia, as amended, §§ 18.2-266 and 270, a Class A Misdemeanor.

SENTENCE: 12 months of probation; a $250 fine and $25 special assessment.

ADJUSTMENT TO SUPERVISION: Mr. Hutchins' supervision commenced on March 14, 2014. The conditions of probation were read and explained to him on March 14, 2014, and again by this officer on April 3, 2014. Hutchins was ordered to pay a $250 fine and $25 special assessment. To date, Hutchins has not paid any money towards the financial obligation. Hutchins enrolled in the John Tyler Alcohol Safety Action Program on May 20, 2014, and he was on pace to successfully complete active education portion of the program on August 5, 2014. On July 11, 2014, Hutchins was arrested by Fort Lee Police Department for Driving with a Suspended License; Excessive Speeding; Driving without Court-ordered Interlock Device Installed in Vehicle. These charges are scheduled to be heard before Your Honor on August 8, 2014. Hutchins has maintained employment throughout his term of probation as an order picker for Amazon Fulfillment Center, located in Dinwiddie, Virginia. Hutchins' adjustment to supervision should be considered unsatisfactory.

VIOLATIONS: The following violations are submitted for the Court's consideration.

**MANDATORY CONDITION:  COMMISSION OF A CRIME –DRIVE UNDER REVOCATION/ SUSPENSION.**

On July 11, 2014, Hutchins was arrested by the Fort Lee Police Department for Drive under Revocation/Suspension. This charge is scheduled to be heard before the U.S. District Court on August 8, 2014.

**MANDATORY CONDITION:  COMMISSION OF A CRIME – DRIVING WITHOUT IGNITION INTERLOCK DEVICE INSTALLED.**

On July 11, 2014, Hutchins was arrested by the Fort Lee Police Department for Drive without Ignition Interlock Device Installed. This charge is scheduled to be heard before the U.S. District Court on August 8, 2014.

EJA/nnj